```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 44131
   LORAE WALKER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-9758


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/30/2004 and was confirmed 02/17/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 10/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED         5825.00        829.75        5825.00
AMERICREDIT FINANCIAL SV  UNSECURED       8550.48           .00         855.05
CAPITAL ONE BANK          UNSECURED      NOT FILED         .00             .00
FINGERHUT CREDIT ADVANTA  UNSECURED      NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00         .00             .00
PROVIDIAN NATIONAL BANK   UNSECURED       1058.60          .00          105.86
ASSET ACCEPTANCE CORP     UNSECURED        740.67          .00           74.07
Z-TEL COMMUNICATIONS INC  UNSECURED      NOT FILED         .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,105.20                      2,105.20
TOM VAUGHN                TRUSTEE                                        619.07
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                10,414.00

PRIORITY                                          .00
SECURED                                      5,825.00
    INTEREST                                   829.75
UNSECURED                                    1,034.98
ADMINISTRATIVE                               2,105.20
TRUSTEE COMPENSATION                           619.07
DEBTOR REFUND                                     .00
                     ---------------     ---------------
TOTALS                 10,414.00            10,414.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 44131 LORAE WALKER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```